## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TERESA MAPLES,<br>      PLAINTIFF, | CIVIL CASE NO. 04-1088 MJD/AJB<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S PETITION FOR ATTORNEY FEES** |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      DEFENDANT. | |

JENNIFER G. MROZIK FOR PLAINTIFF TERESA MAPLES

LONNIE F. BRYAN FOR DEFENDANT COMMISSIONER OF SOCIAL SECURITY

---

This matter comes before the court upon the Report and Recommendation of the United States Magistrate Judge Arthur J. Boylan dated June 30, 2005. No objections have been filed to that Report and Recommendation during the afforded time period.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation be adopted; and

2. Plaintiff's Motion for Attorney Fees [Docket No. 27] be **granted**.

Dated: July 29, 2005

                                              __s/Michael J. Davis_____
                                              The Honorable Michael J. Davis
                                              United States District Court